SÁNCHEZ, PETICIONARIO Y APELANTE, EX PARTE.

APELACIÓN procedente de la Corte de Distrito de Arecibo de una orden sobre declaratoria de herederos.

No. 2134.—Resuelto en febrero 28, 1920.

DECLARATORIA DE HEREDEROS — ALEGACIONES NECESARIAS — CONCLUSIONES LEGA-
LES.—La simple alegación en una solicitud de declaratoria de herederos, ins-
tada por los hermanos legítimos del difunto, de que éste al morir dejó por sus
únicos herederos a dichos hermanos legítimos peticionarios, entraña una con-
clusión legal, por lo que dicha solicitud es defectuosa, pues lo que debe hacer
la parte es alegar y probar los hechos que lleven a la corte a esa conclusión,
o sea: que el difunto falleció abintestato y en estado de soltería, que antes
que él habían fallecido sus ascendientes, que no dejó hijos naturales y que
sus parientes más próximos son sus hermanos legítimos, los peticionarios.

Los hechos están expresados en la opinión.

Abogado del apelante: *Sr. L. Mercader.*

EL JUEZ PRESIDENTE SR. HERNÁNDEZ, emitió la opinión del tribunal.

En 16 de septiembre de 1919 Cristino Sánchez Mercado promovió expediente ante la Corte de Distrito de Arecibo para que él y sus hermanos legítimos Andrea, Eustaquio, Felipe Segundo, y Juan Sánchez Mercado fueran declarados únicos y universales herederos de su difunto hermano Felipe de los mismos apellidos, alegando al efecto que el Felipe Sánchez Mercado falleció en 29 de julio del año expresado, sin testar, y que dejó por sus únicos herederos a sus cinco hermanos ya mencionados.

El peticionario suministró como pruebas una certificación del registro civil creditiva del fallecimiento de Felipe Sánchez Mercado, la partida de matrimonio de Tomás Sánchez con Ignacia Mercado, y cinco partidas de bautismo de Cristino, Andrea, Eustaquio, Felipe 2º. y Juan Sánchez Mercado, hijos legítimos todos de Tomás Sánchez e Ignacia Mercado. Ade-
más declararon como testigos Juan Rodríguez Feliciano y Victoriano Ruiz en el sentido de que Felipe Sánchez Mercado había muerto dejando como herederos a sus cinco hermanos Cristino, Andrea, Eustaquio, Felipe 2º. y Juan Sánchez Mer-

cado, habiendo conocido a los padres de éstos, Felipe Sánchez e Ignacia Mercado.

La corte de Arecibo dictó resolución en 24 del propio septiembre declarando no haber lugar a la declaratoria de herederos solicitada, por el fundamento de que en la herencia y sucesión abintestato el pariente más próximo en grado excluye al más remoto, correspondiendo la sucesión en primer lugar a la línea recta descendente, a falta de ésta a la ascendente, luego a los hijos naturales reconocidos, y a falta de tales personas a los parientes colaterales, entre ellos, en primer lugar, los hermanos, citando los artículos 895, 904, 909, 912 enmendado por Ley de 9 de marzo de 1911, y 914 del Código Civil Revisado, y en la solicitud ni se alega ni tampoco se ha justificado con medio alguno de prueba que Felipe Sánchez Mercado al tiempo de su fallecimiento no dejara hijos legítimos o naturales y que hayan fallecido Tomás Sánchez e Ignacia Mercado, padres del finado, y demás ascendientes del mismo.

La anterior resolución ha sido apelada para ante esta Corte Suprema por Cristino Sánchez Mercado, y alega que la corte de distrito cometió error al dictarla en los términos en que lo hizo pues en la petición por modo expreso se alega que el difunto Felipe Sánchez Mercado al morir *dejó por sus únicos herederos* a sus hermanos legítimos, en cuya alegación está incluída la de que no dejó ascendientes ni descendientes o cualesquiera otros herederos que no fueran sus legítimos hermanos, y las pruebas han sido más que suficientes para justificar tal carácter de únicos herederos.

No cometió la corte de Arecibo el error que se le atribuye. La alegación de que Cristino, Andrea, Eustaquio, Felipe 2°. y Juan Sánchez Mercado, como legítimos hermanos de Felipe Sánchez Mercado, eran sus únicos herederos abintestato, entraña una conclusión legal y la parte ha debido establecer en su petición hechos en virtud de los cuales la corte hubiera podido llegar a tal conclusión. Esos hechos eran que Felipe Sánchez Mercado había fallecido abintes-

tato en estado de soltería, que antes de él habían fallecido los ascendientes del mismo, que no dejó hijos naturales y que sus parientes más próximos son sus hermanos legítimos que se relacionan en la petición. Probados esos hechos, hubiera venido como conclusión legal para la corte la de que los hermanos legítimos de Felipe Sánchez Mercado eran sus únicos y universales herederos abintestato. Tal prueba no existe, y por tanto, no es posible afirmar que haya suplido la deficiencia de las alegaciones del escrito inicial del procedimiento.

Es de confirmarse la resolución apelada.

*Confirmada la resolución apelada.*

Jueces concurrentes: Sres. Asociados Wolf, del Toro, Aldrey y Hutchison.